

# IN THE
# TENTH COURT OF APPEALS

### No. 10-08-00061-CV

**JAMES SCOT THOMAS,**

**Appellant**

 **v.**

**WAYNE E. BREWER, HECTOR M. ORTIZ
AND DERRELL W. SUTTON,**

**Appellees**

From the 12th District Court
Walker County, Texas
Trial Court No. 24018

## MEMORANDUM  OPINION

Appellant has filed a motion to dismiss this appeal.  Appellees have not filed a response.  Accordingly, the appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a)(1).

FELIPE REYNA
Justice

Before Chief Justice Gray,
        Justice Vance, and
        Justice Reyna
Appeal dismissed
Opinion delivered and filed November 5, 2008
[CV06]